UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60567-LEIBOWITZ

**LOUIS VUITTON MALLETIER**,

*Plaintiff,*

v.

**THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

*Defendants.*

_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiff's Renewed Motion to Seal [ECF No. 13], Plaintiff's Renewed *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [ECF No. 14 (SEALED)], and Plaintiff's *Ex Parte* Motion for Order Authorizing Alternative Service [ECF No. 15 (SEALED)] is scheduled for **Wednesday, August 28, 2024, at 2:00 p.m.** Counsel of record must appear in person at Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in the Southern District of Florida on August 8, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record