UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60567-LEIBOWITZ

**LOUIS VUITTON MALLETIER**,

    *Plaintiff*,

v.

**THE INDIVIDUAL, BUSINESS ENTITY, OR UNINCORPORATED ASSOCIATION d/b/a THE E-COMMERCE STORE NAMES IDENTIFIED ON SCHEDULE "A,"**

    *Defendant*.

_____/

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff's Renewed Motion to File Under Seal [ECF No. 13]. Plaintiff requests that Schedule "A" to Plaintiff's Amended Complaint and the Summons in this matter be filed under seal until the Court has the opportunity to rule on Plaintiff's request for *ex parte* relief and, if granted, the relief ordered therein has been effectuated, at which time Plaintiff will subsequently enter Defendant's name and aliases into the Court's CM/ECF system. After careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Renewed Motion to File Under Seal [ECF No. 13] is **GRANTED**.

2. Schedule "A" to Plaintiff's Amended Complaint shall be filed under seal and shall remain under seal until further order from this Court.

3. The Summons in this matter shall be filed and issued under seal and shall remain under seal until further order from this Court.

4. Within seven (7) days of completing service, Plaintiff shall move to unseal Schedule "A" and add the Defendant as a party through CM-ECF.

**DONE AND ORDERED** in the Southern District of Florida on September 11, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record