UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60567-LEIBOWITZ

**LOUIS VUITTON MALLETIER**,

    *Plaintiff,*


*v.*

**THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

    *Defendants.*

_____/

## ORDER

    **THIS CAUSE** is before the Court *sua sponte*.  The Court granted Plaintiff's application for entry of a preliminary injunction on October 3, 2024 [ECF No. 32].  Since then, no activity has occurred on the docket.  Plaintiff is, therefore, **ORDERED** to file a Status Report with the Court **no later than November 21, 2024**, setting forth next steps in this action.

    **DONE AND ORDERED** in the Southern District of Florida this 13th day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record